MARGARET E. COOK, Appellant, *v.* WILLIAM J. CONNERS,
Respondent.

Reported below, 157 App. Div. 832.
(Argued June 1, 1914; decided June 9, 1914.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the fourth
judicial department, entered August 1, 1913, affirming a
judgment in favor of defendant entered upon a verdict
in an action for libel.

The motion was made upon the ground of failure to
perfect the appeal.

*Edward J. Garano* for motion.

*Herman J. Westwood* opposed.

Motion denied.

———

JACOB MAYER, Respondent, *v.* ADA L. HEINZE, Appellant.

JACOB MAYER, Respondent, *v.* RUTH N. HEINZE,
Appellant.

*Mayer* v. *Heinze*, 155 App. Div. 900, appeals dismissed.
(Submitted June 1, 1914; decided June 9, 1914.)

MOTION to dismiss appeal in each of the above-entitled
actions from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
March 4, 1913, affirming a judgment in favor of plaintiff
entered upon a verdict directed by the court in an action
upon a promissory note.

The motions were made upon the grounds that the ques-
tions presented had already been disposed of by this court
in a case between the same parties; that the appeals were
frivolous and taken solely for delay.

*Morris J. Hirsch* for motion.

*Franklin Bien* opposed.

Motions granted and appeals dismissed, with costs, and
ten dollars costs of motion in each case.